UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SYNGENTA AG MIR162 CORN
LITIGATION                                                                                           MDL No. 2591

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –8)

On December 11, 2014, the Panel transferred 8 civil action(s) to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.2d_ (J.P.M.L. 2014). Since that time, 268 additional action(s) have been transferred to the District of Kansas. With the consent of that court, all such actions have been assigned to the Honorable John W Lungstrum.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Lungstrum.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Kansas for the reasons stated in the order of December 11, 2014, and, with the consent of that court, assigned to the Honorable John W Lungstrum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 06, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas
Date filed: 2-6-15
Clerk, U.S. District Court
By: _____ Deputy Clerk

IN RE: SYNGENTA AG MIR162 CORN LITIGATION

MDL No. 2591

SCHEDULE CTO-8 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ARKANSAS EASTERN | | | |
| ~~ARE~~ | ~~3~~ | ~~15-00013~~ | ~~Poinsett Rice Osceola Division LLC v. Syngenta AG et al~~ Vacated 2/6/15 |
| ARE | 3 | 15-00014 | Cantrell Farm Partnership v. Syngenta Seeds Inc et al |
| IOWA NORTHERN | | | |
| IAN | 1 | 15-00006 | Perry et al v. Syngenta Corporation et al |
| IAN | 1 | 15-00007 | Perry et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03003 | Ennen v. Syngenta Corporation et al |
| IAN | 3 | 15-03005 | Imming v. Syngenta Corporation et al |
| IAN | 3 | 15-03006 | Frideres v. Syngenta Corporation et al |
| IAN | 3 | 15-03007 | Capesius et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03008 | Frideres v. Syngenta Corporation et al |
| IAN | 3 | 15-03009 | Gray v. Syngenta Corporation et al |
| IAN | 3 | 15-03010 | Capesius v. Syngenta Corporation et al |
| IAN | 3 | 15-03011 | Tigges et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03012 | Kitzinger v. Syngenta Corporation et al |
| IAN | 3 | 15-03013 | Mertz et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03014 | Johnson v. Syngenta Corporation et al |
| IAN | 3 | 15-03015 | Knecht et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03016 | Spear et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03017 | Curry v. Syngenta Corporation et al |
| IAN | 3 | 15-03018 | Curry v. Syngenta Corporation et al |
| IAN | 3 | 15-03019 | Capesius et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03020 | Divis et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03021 | Roethler v. Syngenta Corporation et al |
| IAN | 3 | 15-03022 | Thilges et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03023 | Wildin et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03024 | Beenken et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03025 | Weiland et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03026 | Banwart v. Syngenta Corporation et al |
| IAN | 3 | 15-03027 | Tigges et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03028 | Haas v. Syngenta Corporation et al |

| | | | |
|---|---|---|---|
| IAN | 3 | 15-03029 | Banwart v. Syngenta Corporation et al |
| IAN | 3 | 15-03030 | Banwart et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03031 | Banwart v. Syngenta Corporation et al |
| IAN | 3 | 15-03032 | Mertz et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03033 | Bormann v. Syngenta Corporation et al |
| IAN | 3 | 15-03034 | Phelps v. Syngenta Corporation et al |
| IAN | 3 | 15-03035 | Angle v. Syngenta Corporation et al |
| IAN | 3 | 15-03036 | Curry v. Syngenta Corporation et al |
| IAN | 3 | 15-03037 | Steier et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03038 | Curry v. Syngenta Corporation et al |
| IAN | 3 | 15-03039 | Phelps v. Syngenta Corporation et al |
| IAN | 3 | 15-03040 | Banwart v. Syngenta Corporation et al |
| IAN | 3 | 15-03041 | Banwart v. Syngenta Corporation et al |
| IAN | 3 | 15-03042 | Thilges et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03043 | Bordchardt v. Syngenta Corporation et al |
| IAN | 3 | 15-03044 | GMB Farms v. Syngenta Corporation et al |
| IAN | 3 | 15-03045 | Kayper v. Syngenta Corporation et al |
| IAN | 3 | 15-03046 | Goche v. Syngenta Corporation et al |
| IAN | 3 | 15-03047 | Kitzinger v. Syngenta Corporation et al |
| IAN | 3 | 15-03048 | Hoover et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03049 | Walstead v. Syngenta Corporation et al |
| IAN | 3 | 15-03050 | Kuecker v. Syngenta Corporation et al |
| IAN | 3 | 15-03051 | Ennen v. Syngenta Corporation et al |
| IAN | 3 | 15-03052 | Ennen v. Syngenta Corporation et al |
| IAN | 3 | 15-03053 | Ennen et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03054 | Kramersmeier v. Syngenta Corporation et al |
| IAN | 3 | 15-03055 | Girres v. Syngenta Corporation et al |
| IAN | 3 | 15-03056 | Hoover v. Syngenta Corporation et al |
| IAN | 3 | 15-03057 | Girres et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03058 | Kramersmeier et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03059 | Pfeffer v. Syngenta Corporation et al |
| IAN | 3 | 15-03060 | Banwart et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03061 | Sires v. Syngenta Corporation et al |
| IAN | 3 | 15-03062 | Kramer v. Syngenta Corporation et al |
| IAN | 3 | 15-03063 | Pfeffer v. Syngenta Corporation et al |
| IAN | 3 | 15-03064 | Struecker et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03065 | Struecker et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03066 | Davids v. Syngenta Corporation et al |
| IAN | 3 | 15-03067 | Goche et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03068 | Steier v. Syngenta Corporation et al |
| IAN | 3 | 15-03069 | Eischeid v. Syngenta Corporation et al |
| IAN | 3 | 15-03070 | Friesenburg & Larson v. Syngenta Corporation et al |
| IAN | 3 | 15-03071 | Walstead v. Syngenta Corporation et al |
| IAN | 3 | 15-03072 | Struecker v. Syngenta Corporation et al |
| IAN | 3 | 15-03073 | Lewis et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03074 | Olthoff v. Syngenta Corporation et al |
| IAN | 3 | 15-03075 | Curry v. Syngenta Corporation et al |
| IAN | 3 | 15-03076 | Hoover v. Syngenta Corporation et al |

| | | | |
|---|---|---|---|
| IAN | 3 | 15-03077 | Reigelsberger et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03078 | Yoch et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03079 | Harms v. Syngenta Corporation et al |
| IAN | 3 | 15-03080 | Eischen v. Syngenta Corporation et al |
| IAN | 3 | 15-03081 | Vaske v. Syngenta Corporation et al |
| IAN | 3 | 15-03082 | Fish et al v. Syngenta Corporation et al |
| IAN | 3 | 15-03083 | Laubenthal v. Syngenta Corporation et al |
| IAN | 3 | 15-03084 | Laubenthal v. Syngenta Corporation et al |
| IAN | 3 | 15-03085 | Laubenthal v. Syngenta Corporation et al |
| IAN | 3 | 15-03086 | Loss v. Syngenta Corporation et al |
| IAN | 3 | 15-03087 | Laubenthal v. Syngenta Corporation et al |
| IAN | 3 | 15-03088 | Thilges v. Syngenta Corporation et al |
| IAN | 5 | 15-04004 | Henrichs et al v. Syngenta Corporation et al |
| IAN | 5 | 15-04006 | Sires v. Syngenta Corporation et al |

KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| KYW | 4 | 15-00012 | Newman v. Syngenta Corporation et al |
| KYW | 5 | 15-00010 | Jackson et al v. Syngenta Corporation et al |
| KYW | 5 | 15-00011 | Jackson v. Syngenta Corporation et al |
| KYW | 5 | 15-00012 | Webb et al v. Syngenta Corporation et al |
| KYW | 5 | 15-00013 | Webb v. Syngenta Corporation et al |
| KYW | 5 | 15-00014 | Mathis v. Syngenta Corporation et al |

LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 3 | 15-00080 | Winnsboro Elevator L L C v. Syngenta Corp et al |

MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 3 | 15-00029 | Ragland v. Syngenta Corporation et al |
| MSS | 5 | 15-00007 | Gasquet v. Syngenta Corporation et al |

MISSOURI EASTERN

| | | | |
|---|---|---|---|
| MOE | 4 | 15-00058 | Schupp v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00059 | Schupp v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00060 | Wolfe v. Syngenta Seeds, Inc., et al |
| MOE | 4 | 15-00061 | Wolfe v. Syngenta Seeds, Inc., et al |
| MOE | 4 | 15-00062 | Wolfe v. Syngenta Seeds, Inc., et al |
| MOE | 4 | 15-00063 | Stoecklein v. Syngenta Seeds, Inc., et al |
| MOE | 4 | 15-00064 | Jobe v. Syngenta Seeds, Inc., et al |
| MOE | 4 | 15-00068 | Brumback et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00077 | Hackman et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00078 | Mayfield et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00079 | Schuster et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00080 | Summers et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00081 | Wiseman et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00082 | Bomke et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00083 | Bramlet et al v. Syngenta Seeds, Inc. et al |

| | | | |
|---|---|---|---|
| MOE | 4 | 15-00084 | Brinkmann et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00085 | Carl Payne Trust et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00086 | Claude Murray Farms et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00088 | Henson et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00089 | Gabriel Payne Trust et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00090 | Jackson et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00091 | Langrehr et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00093 | Liefer et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00094 | Murray Farms et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00096 | Neal et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00097 | Niebruegge et al v. Syngenta Seeds, Inc. |
| MOE | 4 | 15-00098 | Payne v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00099 | Payne v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00100 | Payne et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00102 | Rohlfing v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00103 | Schaeffer v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00104 | Schaeffer's Bacon Acres et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00105 | Schewe et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00106 | Tam Farms, Inc. et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00107 | Unverfehrt v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00108 | Vangampler et al v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00109 | Wacker v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00110 | Wilson v. Syngenta Seeds, Inc. et al |
| MOE | 4 | 15-00111 | Oelze et al v. Syngenta Seeds, Inc. et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 4 | 15-00034 | Compton v. Syngenta Corporation et al |

NEBRASKA

| | | | |
|---|---|---|---|
| NE | 8 | 15-00017 | Schumacher v. Syngenta Corporation et al |
| NE | 8 | 15-00018 | Onderstal v. Syngenta Corporation et al |
| NE | 8 | 15-00019 | Onderstal v. Syngenta Corporation et al |
| NE | 8 | 15-00020 | Schmidt v. Syngenta Corporation et al |
| NE | 8 | 15-00021 | Schumacher v. Syngenta Corporation et al |
| NE | 8 | 15-00022 | Schumacher v. Syngenta Corporation et al |
| NE | 8 | 15-00023 | Schumacher v. Syngenta Corporation et al |
| NE | 8 | 15-00024 | Schumacher v. Syngenta Corporation et al |

NORTH CAROLINA EASTERN

| | | | |
|---|---|---|---|
| NCE | 4 | 15-00016 | Jack H. Winslow Farms, Inc. et al v. Syngenta AG et al |

NORTH DAKOTA

| | | | |
|---|---|---|---|
| ND | 3 | 15-00006 | Anderson et al v. Syngenta Corporation et al |
| ND | 3 | 15-00007 | Forward et al v. Syngenta Corporation et al |
| ND | 3 | 15-00008 | Hoffert et al v. Syngenta Corporation et al |

| | | | |
|---|---|---|---|
| ND | 3 | 15-00009 | Hoffert et al v. Syngenta Corporation et al |
| ND | 3 | 15-00010 | Forward et al v. Syngenta Corporation et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 3 | 15-00022 | Kaffenbarger Farms, Inc., on its own behalf and on behalf of others similarly situated v. Syngenta AG et al |

SOUTH DAKOTA

| | | | |
|---|---|---|---|
| SD | 1 | 15-01002 | Ulmer v. Syngenta Corporation et al |
| SD | 1 | 15-01003 | Wickersham v. Syngenta Corporation et al |
| SD | 1 | 15-01004 | Engelhart v. Syngenta Corporation et al |
| SD | 1 | 15-01005 | Albrecht v. Syngenta Corporation et al |
| SD | 1 | 15-01006 | Dinger v. Syngenta Corporation et al |
| SD | 1 | 15-01007 | McIntyre v. Syngenta Corporation et al |
| SD | 1 | 15-01008 | Sumption v. Syngenta Corporation et al |
| SD | 1 | 15-01009 | Sumption et al v. Syngenta Corporation et al |
| SD | 1 | 15-01010 | Lamb v. Syngenta Corporation et al |
| SD | 1 | 15-01011 | Engelhart v. Syngenta Corporation et al |
| SD | 1 | 15-01012 | Engelhart v. Syngenta Corporation et al |
| SD | 1 | 15-01013 | Engelhart v. Syngenta Corporation et al |
| SD | 1 | 15-01014 | Mettler v. Syngenta Corporation et al |
| SD | 3 | 15-03001 | Haar et al v. Syngenta Corporation et al |
| SD | 3 | 15-03002 | Pawlowski v. Syngenta Corporation et al |
| SD | 4 | 15-04006 | Farrar v. Syngenta Corporation et al |
| SD | 4 | 15-04007 | Uttecht et al v. Syngenta Corporation et al |
| SD | 4 | 15-04008 | Beckler v. Syngenta Corporation et al |
| SD | 4 | 15-04009 | Law v. Syngenta Corporation et al |
| SD | 4 | 15-04010 | Glanzer v. Syngenta Corporation et al |
| SD | 4 | 15-04011 | Juhwke et al v. Syngenta Corporation et al |
| SD | 4 | 15-04012 | Kuchta v. Syngenta Corporation et al |
| SD | 4 | 15-04013 | Hoesing et al v. Syngenta Corporation et al |
| SD | 4 | 15-04014 | Tuschen v. Syngenta Corporation et al |
| SD | 4 | 15-04015 | Schumacher v. Syngenta Corporation et al |
| SD | 4 | 15-04016 | Rolfs et al v. Syngenta Corporation et al |
| SD | 4 | 15-04017 | Mutziger v. Syngenta Corporation et al |
| SD | 4 | 15-04018 | Halter v. Syngenta Corporation et al |
| SD | 4 | 15-04019 | Barkl v. Syngenta Corporation et al |
| SD | 4 | 15-04020 | Bye v. Syngenta Corporation et al |
| SD | 4 | 15-04021 | Bye et al v. Syngenta Corporation et al |
| SD | 4 | 15-04022 | Chicoine v. Syngenta Corporation et al |
| SD | 4 | 15-04023 | Christensen v. Syngenta Corporation et al |
| SD | 4 | 15-04024 | Epp v. Syngenta Corporation et al |
| SD | 4 | 15-04025 | Farrar v. Syngenta Corporation et al |
| SD | 4 | 15-04026 | Hamer v. Syngenta Corporation et al |
| SD | 4 | 15-04027 | Harmelink v. Syngenta Corporation et al |
| SD | 4 | 15-04028 | Jepsen et al v. Syngenta Corporation et al |
| SD | 4 | 15-04029 | Johnson v. Syngenta Corporation et al |

| | | | |
|---|---|---|---|
| SD | 4 | 15-04030 | Nedved v. Syngenta Corporation et al |
| SD | 4 | 15-04031 | Tamisiea v. Syngenta Corporation et al |
| SD | 4 | 15-04032 | Walraven v. Syngenta Corporation et al |

**TEXAS NORTHERN**

| | | | |
|---|---|---|---|
| TXN | 2 | 15-00009 | Nelson v. Syngenta Corporation et al |
| TXN | 2 | 15-00010 | Nelson v. Syngenta Corporation et al |
| TXN | 2 | 15-00011 | Nelson v. Syngenta Corporation et al |
| TXN | 2 | 15-00012 | Nelson v. Syngenta Corporation et al |
| TXN | 2 | 15-00013 | Nelson v. Syngenta Corporation et al |
| TXN | 2 | 15-00014 | Nelson v. Syngenta Corporation et al |
| TXN | 2 | 15-00015 | Higgins v. Syngenta Corporation et al |
| TXN | 2 | 15-00016 | Higgins et al v. Syngenta Corporation et al |
| TXN | 2 | 15-00017 | Higgins v. Syngenta Corporation et al |
| TXN | 2 | 15-00018 | Cassels et al v. Syngenta Corporation et al |
| TXN | 2 | 15-00022 | Simpson et al v. Syngenta Corporation et al |
| TXN | 2 | 15-00023 | Clevenger et al. v. Syngenta Corporation et al |
| TXN | 2 | 15-00024 | Kaltwasser v. Syngenta Corporation et al |
| TXN | 2 | 15-00025 | Kaltwasser v. Syngenta Corporation et al |
| TXN | 2 | 15-00026 | Schilling Acres Inc. v. Syngenta Corporation et al |
| TXN | 2 | 15-00027 | Silvester Farms Inc. v. Syngenta Corporation et al |
| TXN | 2 | 15-00028 | Kalbas et al v. Syngenta Corporation et al |
| TXN | 2 | 15-00029 | Kalbas v. Syngenta Corporation et al |
| TXN | 2 | 15-00031 | Schilling v. Syngenta Corporation et al |
| TXN | 2 | 15-00032 | Simpson, Individually et al v. Syngenta Corporation et al |
| TXN | 5 | 15-00003 | Glover et al v. Syngenta Corporation et al |

**TEXAS SOUTHERN**

| | | | |
|---|---|---|---|
| TXS | 2 | 15-00009 | Malek et al v. Syngenta Corporation et al |
| TXS | 2 | 15-00010 | Damborsky et al v. Syngenta Corporation et al |
| TXS | 2 | 15-00012 | Ellis et al v. Syngenta Corporation et al |
| TXS | 2 | 15-00013 | Jostes et al v. Syngenta Corporation et al |
| TXS | 2 | 15-00014 | Koop et al v. Syngenta Corporation et al |
| TXS | 2 | 15-00015 | Lohse v. Syngenta Corporation et al |
| TXS | 2 | 15-00016 | Lohse v. Syngenta Corporation et al |
| TXS | 2 | 15-00017 | Wallek v. Syngenta Corporation et al |
| TXS | 2 | 15-00018 | Schmidt v. Syngenta Corporation et al |
| TXS | 2 | 15-00019 | Vincik v. Syngenta Corporation et al |
| TXS | 2 | 15-00020 | Allen v. Syngenta Corporation et al |
| TXS | 2 | 15-00021 | Andel v. Syngenta Corporation et al |
| TXS | 2 | 15-00022 | Cerny v. Syngenta Corporation et al |
| TXS | 2 | 15-00023 | Koop v. Syngenta Corporation et al |
| TXS | 2 | 15-00024 | Schauer v. Syngenta Corporation et al |
| TXS | 2 | 15-00025 | Malek v. Syngenta Corporation et al |
| TXS | 2 | 15-00026 | Malek v. Syngenta Corporation et al |
| TXS | 2 | 15-00027 | Sugarek v. Syngenta Corporation et al |

| | | | |
|---|---|---|---|
| TXS | 2 | 15-00028 | Wallek v. Syngenta Corporation et al |
| TXS | 2 | 15-00029 | White v. Syngenta Corporation et al |
| TXS | 2 | 15-00031 | Cervenka v. Syngenta Corporation et al |
| TXS | 2 | 15-00032 | Weinheimer v. Syngenta Corporation et al |
| TXS | 2 | 15-00033 | Pierce v. Syngenta Corporation et al |
| TXS | 2 | 15-00034 | Cerny v. Syngenta Corporation et al |
| ~~TXS~~ | ~~2~~ | ~~15-00035~~ | ~~Krutilek v. Syngenta Corporation et al~~ Vacated 2/6/15 |
| TXS | 2 | 15-00036 | Lutringer v. Syngenta Corporation et al |
| TXS | 2 | 15-00037 | Schmidt et al v. Syngenta Corporation et al |
| TXS | 2 | 15-00043 | Krutilek v. Syngenta Corporation et al |
| TXS | 2 | 15-00044 | Gaitan v. Syngenta Corporation et al |
| TXS | 2 | 15-00045 | Malaer v. Syngenta Corporation et al |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 1 | 15-00022 | Vickers v. Syngenta Corporation et al |
| TXW | 5 | 15-00027 | Sugarek v. Syngenta Corporation et al |
| TXW | 6 | 15-00013 | Hahn v. Syngenta AG, et al |

WISCONSIN WESTERN

| | | | |
|---|---|---|---|
| WIW | 3 | 15-00018 | Weisenbeck, Terry et al v. Syngenta Corporation et al |
| WIW | 3 | 15-00019 | Weisenbeck, Jason et al v. Syngenta Corporation et al |